**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACK COMBS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **TAMMY FERGUSON,** | : | |
| **Superintendent, SCI-Dallas** | : | **NO.  20-5183** |

## ORDER

**NOW**, this 9th day of March, 2026, upon consideration of petitioner Jack Combs' Petition Writ of Habeas Corpus, Petitioner's Last Status Update (Doc. No. 27), and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 28), it is **ORDERED** that:

1.    The Report and Recommendation is **APPROVED AND ADOPTED**;

2.    The Petition for Writ of Habeas Corpus is **DENIED AS MOOT**; and

3.    Combs has not established that reasonable jurists would disagree with this court's procedural disposition of his claims.  Consequently, a certificate of appealability is **DENIED.**

/s/ TIMOTHY J. SAVAGE J.